UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of July, two thousand and fourteen,

_____

Sensational Smiles, LLC, DBA Smile Bright,

  Plaintiff - Appellant,

Lisa Martinez,

  Plaintiff,

v.

Jewel Mullen, Dr., in her official capacity as Commissioner of Public Health, Jeanne P. Strathearn, DDS in her offical capacity as a Member of the Connecticut Dental Commission, Elliot S. Berman, DDS, in his official capacity as a Member of the Connecticut Dental Commission, Lance E. Banwell, DDS, in his official capacity as a Member of the Connecticut Dental Commission, Peter S. Katz, DMD, in his official capacity as a Member of the Connecticut Dental Commission, Steven G. Reiss, DDS, in his official capacity as a Member of the Connecticut Dental Commission, Martin Ungar, DMD, in his official capacity as a Memeber of the Connecticut Dental Commission, Barbara B. Ulrich, in her official capacity as a Member of the Connecticut Dental Commission,

  Defendants - Appellees.
_____

**ORDER**
Docket No: 14-1381

 Counsel for Appellant Sensational Smiles, LLC, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting September 12, 2014 as the brief filing date.

 It is HEREBY ORDERED that Appellant's brief must be filed on or before September 12, 2014. The appeal is dismissed effective September 12, 2014 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

